CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR7645

THE STATE OF TEXAS

VS

ABRAHAM SANCHEZ

IN THE 290TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/21/2015 04:42 PM
BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 07-20-2015_____

3. The Honorable MELISA SKINNER_____presided at the trial____.

4. The above named defendant was convicted_____ of the offense(s) of AGGRAVATED ROBBERY_____
   as a (Repeater)(Habitual)

5. State's appeal attorney: NICHOLAS LAHOOD       300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413    SBN: 24030360_____

6. Trial_____ Attorney(s): JAMES KENDALL HUNT_____

   (Retained)(Appointed) Appeals attorney:STEVEN GREENE
   Address & Phone No: PO BOX 232 ANAHUAC, TX, 77514-0232 (409)267-6290     SBN: 8395200
   _____

   Defendant Pro-Se __ Yes X No
7. The trial held was:___Trial before the Court         ___Jury trial on guilt only
                        ___Jury trial on punishment only  ___Jury trial guilt and punishment
                        _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
                        ___Pretrial motion heard prior to plea   ___Open/non negotiated plea of guilty/nolo contendere
                        ___Motion to enter adjudication of guilt  ___Motion to revoke community supervision
                        ___Other_____

8. The sentence was (imposed  ) on:04-15-2015 for a period of:yrs:016 mths:00
   and a fine of $       2,000.00

9. Defendant is presently in: X  BCADC ___ TDCJID. Defendant is on ___** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: DEBRA JIMENEZ (300 DOLOROSA)
    APP FOR DEF ADJ(03/13/2015)SENTENCING(04/15/2015)

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number) _____

WITNESS MY HAND THIS THE 21st_ DAY OF_ July_____, 2015__

COURT REPORTER(S): Debra Jimenez (Hand Delievered)    Date: JUL 2 1 2015
                                                        Date:_____
KEITH E. HOTTLE, CLERK

BY:_____    Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY: Sarah Verdeja

VERDEJA, SARAH ALYSSA            ,DEPUTY

(jsdca)

Cause NO. 2014cr 7645

THE STATE OF TEXAS

VS.

Abraham Sanchez

IN THE DISTRICT COURT

290 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

**FILED**

_____ O'CLOCK _____ M

JUL 2 0 2015

DONNA KAY McKINNEY
District Clerk, Bexar County, Texas

BY _____ DEPUTY

### NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Abraham Sanchez , Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

    ( ) yes                    (✓) no

    and the trial was a

    ( ) jury trial             ( ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

    (✓) yes                    ( ) no

4. The plea bargain agreement was followed by the Court

    (✓) yes                    ( ) no

5. Defendant was sentenced on the 15 day of April , 2015 , and sentence commenced on the on the _____ day of _____, _____,

6. A motion for New Trial was filed in this cause

    ( ) yes                    ( ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)    the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)    the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

✓ (C)    permission to appeal

    ( ) has been granted by trial court          ( ) has been denied by trial court

Respectfully submitted,

Abraham Sanchez

Defendant

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

_Abraham Sanchez_

_____          Defendant

Attorney for Defendant

CERTIFICATE OF SERVICE

I, hereby certify that on this the 13 day of July, 2015, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Abraham Sanchez_

Defendant

ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, _____

_____

Judge Presiding



CAUSE NO. _2014 CR 76045 - Appeal_

STATE OF TEXAS                    290TH DISTRICT COURT

BEXAR COUNTY, TEXAS

### APPOINTMENT OF ATTORNEY

The court in accordance with Article 26.04 code of Criminal Procedure, as amended hereby appoints attorney

_Steven Greene_____, BAR NO. _8395200_____
Attorney

to represent

_Abraham Sanchez_____, SID NO. _996417_____
Defendant

Such representation is to continue, (unless relived by the Court earlier, after finding good cause is entered on the record), until charges are dismissed, the defendant is acquitted, all post-trial motions are resolved, notice of appeal is perfected, or until relieved by the Court or replaced by other counsel.

Performance of duties under this order of appointment will result in submission of your claim for payment by submitting a payment voucher for Court approval.

SIGNED and ORDERED this _21st_ day of _July_____, 20_15_.

_____
JUDGE MELISA SKINNER
290TH DISTRICT COURT
BEXAR COUNTY, TEXAS

No. 2014-CR-7645

| The State of Texas | § | In the 290th District Court |
|---|---|---|
| vs. | § | of |
| Abraham Sanchez | § | Bexar County, Texas |

**CRT**

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☑ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☑ is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

4-15-15
**Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

Abraham Sanchez
**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 00790936
Mailing address:_____

Telephone:_____
Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).